## Belcher's Estate.

*Appeals—Interlocutory decree—Dismissal of appeal from appraisement —Collateral tax.*

No appeal lies to the Supreme Court from a decree of the orphans' court dismissing a motion to quash an appeal from an appraisement for the collateral tax.

Argued Feb. 25, 1903. Appeal, No. 10, Jan. T., 1903, by commonwealth, from decree of O. C. Lackawanna Co., dismissing a motion to quash an appraisement in the estate of Frank Belcher, deceased. Before DEAN, FELL, BROWN, MESTREZAT and POTTER, JJ. Appeal quashed.

Motion to quash appeal.

*Milton W. Lowry,* for appellant.

*James E. Burr,* with him *C. R. Pitcher,* for appellee.

PER CURIAM, March 9, 1903:

The orphans' court dismissed a motion to quash an appeal from the apppraisement of Henry T. Koehler, appraiser. From that decree the present appeal is taken to this court. The executors now move to quash this appeal on the ground that it is not from a final decree. The motion is well founded; the decree of the orphans' court was clearly interlocutory and in no way settled the real contention between the parties. The merits of the whole case can be raised at a final adjudication. The appeal to this court is, therefore, quashed.